

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00023-CR

Jesus **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2003-CRS-000058-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the State's motion to dismiss is GRANTED and this appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on April 30, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle, Clerk